**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:                                                                    Case No. 20-10060-KKS

Eric Wilson McTureous                                          Chapter 13
Cheri Leigh McTureous

       Debtors.

_____/

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

MICHAEL A. TESSITORE OF MORAN KIDD LYONS JOHNSON GARCIA, P.A.,

counsel for **Case, Pomeroy & Company, Inc., a creditor, hereby** files its Notice of

Appearance and Request for Service of Pleadings and other Papers pursuant to 11 U.S.C. §

1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and respectfully requests

that the Clerk place counsel listed below on the matrix and list of creditors, if not already done,

so as to receive all documents, pleadings, exhibits in this case, and that all notices given or

required to be served in this case be served at the following address:

> Michael A. Tessitore
> Florida Bar No.: 0948039
> mtessitore@morankidd.com
> Moran Kidd Lyons Johnson Garcia, P.A.
> 111 N. Orange Ave., Suite 900
> Orlando, Florida 32801
> 407-841-4141
> 407-841-4148 (fax)

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes

notices and papers referred to in the Bankruptcy Rules and additionally includes, without

limitation, notices of any application, complaint, demand, hearing, motion, pleading or request,

formal or informal, in the above-styled jointly administered bankruptcy cases, whether

transmitted or conveyed by mail, telephone or otherwise (1) that affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case with respect to (a) the debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that require or seek to require any act, delivery of any property, or payment.

The filing of this request does not constitute a waiver, and all rights are reserved, including objections to subject matter and personal jurisdiction.

Respectfully submitted this 2nd day of April, 2020.

/s/ Michael A. Tessitore
MICHAEL A. TESSITORE
Florida Bar No. 948039
mtessitore@morankidd.com
Moran Kidd Lyons Johnson Garcia, P.A.
111 N. Orange Ave., Suite 900
Orlando, Florida 32801
407-841-4141
407-841-4148 (fax)
Attorneys for Case, Pomeroy & Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically or by United States Mail on the 2nd day of April, 2020 on the following:

U.S. Trustee
United States Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL 32301

Trustee
Leigh D. Hart
P.O. Box 646
Tallahassee, FL 32302

Debtors
Eric Wilson McTureous
Cheri Leigh McTureous
7080 SW 34th Place
Gainesville, FL 32608-2787

Sharon T. Sperling
Law Office of Sharon T. Sperling
P.O. Box 358000
Gainesville, FL 32635-8000

/s/ Michael A. Tessitore

2